320 U.S. 703
 67 S.Ct. 122
 91 L.Ed. 613
 Alfred TESTA and Paul A. Porter, Administrator, Office of Price Administration, petitioners,
v.
Harry KATT.
 No. 431.
 Supreme Court of the United States
 October 28, 1946
 
 Sol. Gen. McGrath and J. Raymond Dubee, for petitioners.
 Messrs. Paul M. Segal, Harry P. Warner, Henry G. Fischer, George S. Smith, Philip J. Hennessey, Jr., and John W. Willis, for respondent.
 
 
 1
 Petition for writ of certiorari to the Supreme Court for Providence and Bristol Counties, State of Rhode Island.
 
 
 2
 Granted.